UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:16-cv-00018-DJH

SCHILLER KESSLER & GOMEZ, PLLC
Through its representative Alan Lani

    Plaintiff,

v.

## NOTICE OF APPEAL

SCHILLER KESSLER & GOMEZ, PLC, et al.

    Defendants.

---

Notice is hereby given that Alan Lani, on behalf of Schiller, Kessler & Gomez, PLLC, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from an Order awarding Attorney's Fees entered in this action on December 19, 2016 (DE 30).

Respectfully submitted,

KINSER LAW, PLLC

/s/ Jason A. Kinser_____
JASON A. KINSER
Marion E. Taylor Building
312 South 4th Street, 6th Floor
Louisville, Kentucky 40202
(502) 716-6600
(502) 587-2006
Jason@kinserfirm.com
*Counsel for Plaintiff Alan L. Lani*

## CERTIFICATE OF SERVICE

It is hereby certified that on this, the 24th day of March, 2017, a copy of the foregoing was filed via ECF and service to the following recipients has been effected via the transmission of Notice of Electronic Filing pursuant to LR 5.5:

Christopher E. Schaefer
Stoll Keenon Odgen PLLC
2000 PNC Plaza
500 West Jefferson Street
Louisville, Kentucky 40202
Christopher.schaefer@skofirm.com

Michael W. McClain
MCCLAIN DEWEES, PLLC
6008 Brownsboro Park Blvd., Suite H
Louisville, Kentucky 40207
mmcclain@mcclaindewees.com

Shannon A. Singleton
Stoll Keenon Odgen PLLC
300 West Vine Street, Suite 2100
Lexington, Kentucky 40202
Aj.singleton@skofirm.com

/s/ Jason A. Kinser_____
Jason A. Kinser
Kinser Law, PLLC
*Counsel for Plaintiff Alan L. Lani*