# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 09, 2017

Mr. Jason A. Kinser
Kinser Law
312 S. Fourth Street
Sixth Floor Marion E. Taylor Building
Louisville, KY 40202

Mr. Alan Lance Lani
Law Office
1500 Story Avenue
Louisville, KY 40206

Mr. Michael W. McClain
McClain DeWees
6008 Brownsboro Park Boulevard
Suite H
Louisville, KY 40207

Mr. Christopher E. Schaefer
Stoll Keenon Ogden
500 W. Jefferson Street
Suite 2000
Louisville, KY 40202

Ms. Shannon A. Singleton
Stoll Keenon Ogden
300 W. Vine Street
Suite 2100
Lexington, KY 40507

Re: Case No. 17-5381, *Alan Lani v. Schiller Kessler & Gomez, PLC, et al*
Originating Case No. : 3:16-cv-00018

Dear Sir or Madam,

    The Court issued the enclosed (Order/Opinion) today in this case.

                          Sincerely yours,

                          s/Connie A. Weiskittel
                          Mediation Administrator


cc:  Ms. Vanessa L. Armstrong
Enclosure

No mandate to issue

Case No. 17-5381

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

ALAN LANCE LANI, on behalf of Schiller, Kessler & Gomez, PLLC, a Kentucky Professional Liability Company

      Plaintiff - Appellant

v.

SCHILLER KESSLER & GOMEZ, PLC, a Florida Professional Limited Company; MARC SCHILLER; ANDREW KESSLER; MARCELO GOMEZ; SCHILLER KESSLER & GOMEZ, PLLC

      Defendants - Appellees.

 

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: May 09, 2017